434

STATE OF NEW JERSEY v. BRUCE MURRAY.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK J. GOMES.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RUPERT LANE, JR.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND DUTTON.

January 19, 1971. Petition for certification denied. (See 112 *N. J. Super.* 402).

STATE OF NEW JERSEY v. WARREN M. KING AND JAMES R. SYKES.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JUAN LOPEZ BERRIOS.

January 19, 1971. Petition for certification denied.